| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | **FILED**<br>JUL 2 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Mahmood A. Baporia, et al | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082507 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:              Mahmood A. Baporia aka M. Baporia
   b. Person served:            party in item 3.a., Male, 57 Years Old, black/grey Hair, Brown Eyes, 5 Feet 6 Inches, 160 Pounds

4. Address where the party was served:     23 Miwok Way
                                                  Mill Valley, Ca 94941

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 4:14PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Richard Stitts, Jr.                                    d. **The Fee** for Service was:    $55.00

   **LEGAL EXPRESS LTD.**
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   e. I am: (3) registered California process server
       (i)    Owner
       (ii)   Registration No.:     P-402
       (iii)   County:               Sonoma

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Jul. 11, 2008                                                         > *Richard C. Stitts*

Judicial Council Form POS-010               PROOF OF SERVICE           (Richard Stitts, Jr.)
Rule 2.150.(a)&(b) Rev January 1, 2007              S&C                                                           cosent.163353