**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 21, 2008

RE:  <u>CV 08-02507 SLM</u>     <u>USA-v- MAHMOOD A. BAPORIA</u>

Default is entered as to Mahmood A. Baporia  on 8/21/08.

                    RICHARD W. WIEKING, Clerk

                    by<u>Gloria Acevedo</u>
                    Case Systems Administrator

NDC TR-4  Rev. 3/89