1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA            NO. CV 08 2507
10
            Plaintiff,
11                                      JUDGMENT ON DEFAULT
       v.
12
   MAHMOOD A. BAPORIA aka M. BAPORIA,   ENTERED IN CIVIL DOCKET 8-21-08
13
            Defendant.
14 _____/

15       In the above entitled action, the defendant MAHMOOD A. BAPORIA aka M.
16 BAPORIA having been duly served with the Summons and a copy of the Complaint in the
17 action, and the defendant having failed to appear, answer, plead, or otherwise defend in
18 the action within the time allowed by law, or at all, and default having been duly entered;
19 and it further appearing that plaintiff's claim against the defendant is for a sum certain and
20 for interest which can by computation be made certain and for costs; and, it further
21 appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed,
22 setting forth the amounts due plaintiff from said defendant in accordance with the prayer of
23 the Complaint, and also setting forth that defendant is not an infant or incompetent person
24 or in the military service of the United States within the meaning of the Soldiers' and
25 Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said
26 Act, and praying that Judgment be entered herein.
27       NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
28       IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

1 | and from the defendant, MAHMOOD A. BAPORIA aka M. BAPORIA, the sum of
2 | $18,252.72 as principal, interest, attorney fees, and costs; interest from the date of this
3 | judgment at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
4 | 1961(a)which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec
5 | 1961(b), and judgment is herewith entered accordingly.

7 | JUDGMENT ENTERED: 8-21-08

RICHARD W. WIEKING, Clerk
United States District Court

_____
Deputy Clerk
GLORIA ACEVEDO